UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH TAYLOR,                                    Case No. 19-12548

      Plaintiff,                                   Stephanie Dawkins Davis
v.                                                 United States District Judge

JANET JACKSON, in her official                     David R. Grand
capacity as Oakland County                         United States Magistrate Judge
Commissioner, et al.,

      Defendants.
_____/

## OPINION AND ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION (ECF No. 40)

Currently before the court is Magistrate Judge David R. Grand's July 14, 2020 Report and Recommendation concerning the five motions to dismiss, (ECF Nos. 9, 10, 11, 14, and 19), pending in this case. (ECF No. 40). In short, this matter concerns alleged violations of Taylor's constitutional, statutory, and state common law rights resulting from a tax foreclosure of his home. (ECF No. 1). The Magistrate Judge recommends granting Defendants' motions to dismiss and dismissing Taylor's complaint in its entirety. (*See generally* ECF No. 40).

Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the 14-day time period for filing objections has expired. *See* 28 Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). "[T]he failure to object

to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court, therefore, finds that the parties have waived further review of the Magistrate Judge's Report.  Nevertheless, on review of the briefs and the Magistrate Judge's Report and Recommendation, the court agrees with the Magistrate Judge's recommended disposition.

Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation, (ECF No. 40).  Consequently, the court **GRANTS** Defendants' motions to dismiss, (ECF Nos. 9, 10, 11, 14, and 19), and **DISMISSES** Taylor's Complaint in its entirety.

**IT IS SO ORDERED**.

Date: November 12, 2020                s/Stephanie Dawkins Davis
                                       Stephanie Dawkins Davis
                                       United States District Judge

2